UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-549(JMR/FLN)

| | | |
|---|---|---|
| Jennifer Larson | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Collection Corporation of America, Inc. | ) | |

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: October 16, 2001

JAMES M. ROSENBAUM, Chief
United States District Judge

FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS